```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 20-01221-HWV
Larry D. Smith, Jr.                                             Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: AutoDocke         Page 1 of 2              Date Rcvd: Jun 15, 2020
                            Form ID: ntcnfhrg       Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
```
db            +Larry D. Smith, Jr.,   14731 Trout School Road,   Felton, PA 17322-8227
5318583       +Chesapeake Urology Associates,   PO Box 829922,   Philadelphia, PA 19182-0001
5318585      #+Fox and Fox,   1 Montgomery Plaza, Suite 706,   Norristown, PA 19401-4826
5318588       +KML Law Group, PC,   BNY Mellon Independence Center,   701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
5318589       +Lakeview Loan Servicing, LLC,   4425 Ponce DeLeon Boulevard,   Mail Stopo MS 5-251,
                Coral Gables, FL 33146-1873
5318590        Leonardo Girio-Herrera, DO, LLC,   c/o Physicians Medical Billing,   10845 Philadelphia Road,
                White Marsh, MD 21162-1717
5318592        Maryland Endoscopoy Center,   PO Box 30250,   Nashville, TN 37230-5250
5318593        MedStar Good Samaritan Physicians,   PO Box 417833,   Boston, MA 02241-7833
5318594        MedStar Medical Group,   PO Box 4185967,   Boston, MA 02241-8597
5318600        University of Maryland,   Upper Chesapeake Medical Center,   PO Box 418701,
                Boston, MA 02241-8701
5318601       +Upper Chesapeake Medical Services,   PO Box 418094,   Boston, MA 02241-8094
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5318584       +E-mail/Text: bankruptcynotices@fifsg.com Jun 15 2020 19:43:56
                First Investors Financial Services,   380 Interstate North Parkway #300,
                Atlanta, GA 30339-2222
5327982       +E-mail/Text: bankruptcynotices@fifsg.com Jun 15 2020 19:43:56
                First Investors Servicing Corporation,   380 Interstate North Parkway Ste 300,
                Atlanta, GA 30339-2222
5318586       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 15 2020 19:43:46     Internal Revenue Service,
                Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
5318587        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 15 2020 19:44:11     Jefferson Capital Systems, LLC,
                16 Mcleland Road,   PO Box 7999,   Saint Cloud, MN 56302-9617
5318591        E-mail/Text: camanagement@mtb.com Jun 15 2020 19:43:52     M & T Bank,   Attn: Bankruptcy,
                Po Box 844,   Buffalo, NY 14240
5330316        E-mail/Text: camanagement@mtb.com Jun 15 2020 19:43:52     M&T Bank,   PO Box 840,
                Buffalo, NY 14240
5318595       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2020 19:44:03     Midland Credit Management, Inc.,
                8875 Aero Drive, Suite 200,   PO Box 939069,   San Diego, CA 92193-9069
5318596        E-mail/PDF: cbp@onemainfinancial.com Jun 15 2020 19:47:28     OneMain Financial,
                601 NW 2nd Street,   PO Box 3251,   Evansville, IN 47731-3251
5318597        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2020 19:43:59     PA Department of Revenue,
                Attn: Bankruptcy Division,   PO Box 280496,   Harrisburg, PA 17128-0946
5322816        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:48:06
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5318598        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:47:35
                PRA Receivables Management, LLC,   d/b/a Portfolio Recovery Associates,   PO Box 41067,
                Norfolk, VA 23541-1067
5318599       +E-mail/Text: bankruptcydepartment@tsico.com Jun 15 2020 19:44:23     Transworld System, Inc.,
                PO Box 15618,   Wilmington, DE 19850-5618
5318602        E-mail/Text: kcm@yatb.com Jun 15 2020 19:43:42     York Adams Tax Bureau,
                1405 North Duke Street,   PO Box 15627,   York, PA 17405-0156
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Paul Donald Murphy-Ahles   on behalf of Debtor 1 Larry D.  Smith, Jr. pmurphy@dplglaw.com,
           kgreene@dplglaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Larry D. Smith Jr., <br> aka Larry D. Smith, | Chapter 13 |
| **Debtor 1** | Case No. 1:20–bk–01221–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing. | Date: July 22, 2020 <br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 <br> (717) 901–2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 15, 2020 |

ntcnfhrg (03/18)