**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Larry D. Smith, Jr.<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:20-BK-01221-HWV |
|---|---|

**NOTICE OF CHANGE OF ADDRESS**

Debtor(s) in the above-referenced matter request a change of mailing address for Creditor:

| **FROM:** | **TO:** |
|---|---|
| Fox and Fox<br>1 Montgomery Plaza, Suite 706<br>Norristown, PA 19401-4852 | Fox and Fox<br>700 East Main Street, Floor 2 Front<br>Norristown, PA 19401-4122 |

Date: December 4, 2020

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

Case 1:20-bk-01221-HWV   Doc 38   Filed 12/04/20   Entered 12/04/20 17:17:15   Desc
Main Document     Page 1 of 1