# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Larry D. Smith Jr., aka Larry D. Smith, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:20–bk–01221–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 8, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: August 12, 2021

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Larry D. Smith, Jr.<br>a/k/a Larry D. Smith<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:20-BK-01221-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

### CERTIFICATE OF SERVICE

I hereby certify that on Thursday, August 12, 2021, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing            Chesapeake Urology Associates           William E. Craig
0314-1                                     PO Box 829922                           Morton & Craig LLC
Case 1:20-bk-01221-HWV                     Philadelphia, PA 19182-1922             110 Marter Avenue, Suite 301
Middle District of Pennsylvania                                                    Moorestown, NJ 08057-3125
Harrisburg
Tue Jun  8 16:11:08 EDT 2021

First Investors Financial Services         First Investors Servicing Corp.         First Investors Servicing Corp.
380 Interstate North Parkway #300          c/o Morton & Craig LLC                  380 Interstate North Pkwy Ste 300
Atlanta, GA 30339-2122                     110 Marter Ave.                         Atlanta, GA 30339-2122
                                           Suite 301
                                           Moorestown, NJ 08057-3124

Fox and Fox                                Internal Revenue Service                (p)JEFFERSON CAPITAL SYSTEMS LLC
700 East Main Street, Floor 2 Front        Centralized Insolvency Operation        PO BOX 7999
Norristown, PA 19401-4122                  PO Box 7346                             SAINT CLOUD MN 56302-7999
                                           Philadelphia, PA 19101-7346

KML Law Group, PC                          Lakeview Loan Servicing, LLC            Leonardo Girio-Herrera, DO, LLC
BNY Mellon Independence Center             4425 Ponce DeLeon Boulevard             c/o Physicians Medical Billing
701 Market Street, Suite 5000              Mail Stopo MS 5-251                     10845 Philadelphia Road
Philadelphia, PA 19106-1541                Coral Gables, FL 33146-1873             White Marsh, MD 21162-1717

(p)M&T BANK                                Maryland Endoscopoy Center              MedStar Good Samaritan Physicians
LEGAL DOCUMENT PROCESSING                  PO Box 30250                            PO Box 417833
626 COMMERCE DRIVE                         Nashville, TN 37230-5250                Boston, MA 02241-7833
AMHERST NY 14228-2307

MedStar Medical Group                      Midland Credit Management, Inc.         Paul Donald Murphy-Ahles
PO Box 4185967                             8875 Aero Drive, Suite 200              Dethlefs Pykosh & Murphy
Boston, MA 02241-8597                      PO Box 939069                           2132 Market Street
                                           San Diego, CA 92193-9069                Camp Hill, PA 17011-4706

OneMain Financial                          PA Department of Revenue                PRA Receivables Management, LLC
601 NW 2nd Street                          Attn: Bankruptcy Division               d/b/a Portfolio Recovery Associates
PO Box 3251                                PO Box 280496                           PO Box 41067
Evansville, IN 47731-3251                  Harrisburg, PA 17128-0946               Norfolk, VA 23541-1067

Pennsylvania Department of Revenue         Pennsylvania Department of Revenue      (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Bankruptcy Division                        Bankruptcy Division                     PO BOX 41067
P.O. Box 280946                            PO Box 280946                           NORFOLK VA 23541-1067
Harrisburg, PA 17128-0946                  Harrisburg, PA 17128-0946

Larry D. Smith Jr.                         Rebecca Ann Solarz                      Transworld System, Inc.
14731 Trout School Road                    KML Law Group, P.C.                     PO Box 15618
Felton, PA 17322-8227                      701 Market St.                          Wilmington, DE 19850-5618
                                           Suite 5000
                                           Philadelphia, PA 19106-1541

United States Trustee                      University of Maryland                  Upper Chesapeake Medical Services
228 Walnut Street, Suite 1190              Upper Chesapeake Medical Center         PO Box 418094
Harrisburg, PA 17101-1722                  PO Box 418701                           Boston, MA 02241-8094
                                           Boston, MA 02241-8701
```

| | | |
|---|---|---|
| James Warmbrodt<br>701 Market Street Suite 5000<br>Philadelphia, PA 19106-1541 | York Adams Tax Bureau<br>1405 North Duke Street<br>PO Box 15627<br>York, PA 17405-0156 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems, LLC<br>16 Mcleland Road<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | M & T Bank<br>Attn: Bankruptcy<br>Po Box 844<br>Buffalo, NY 14240 | (d)M&T Bank<br>PO Box 840<br>Buffalo, NY 14240 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)First Investors Servicing Corporation<br>380 Interstate North Parkway Ste 300<br>Atlanta, GA 30339-2222 | (u)LAKEVIEW LOAN SERVICING, LLC | End of Label Matrix<br>Mailable recipients    32<br>Bypassed recipients     2<br>Total                  34 |

ELECTRONIC    ELECTRONIC