IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
HARRISBURG DIVISION

IN RE: LARRY D SMITH

CASE NO. 1-20-BK-01221

CLAIM: 5

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, FIRST INVESTORS SERVICING CORPORATION hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**FIRST INVESTORS SERVICING CORPORATION**
**STE 300**
**380 INTERSTATE NORTH PKWY SE**
**ATLANTA GA 30339-2222**

To the new address below:

**FIRST INVESTORS SERVICING CORPORATION**
c/o Peritus Portfolio Services II LLC
**PO BOX 141419**
**IRVING TX 75014**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Georgina Yarbrough    Date: 7/19/2023
Georgina Yarbrough
Telephone: (866) 831-5954