**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Larry D. Smith, Jr.<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:20-BK-01221-HWV<br><br>**Matter:** Motion to Dismiss |

**DEBTOR(S)' MOTION TO DISMISS**

AND NOW, come the Debtor(s), Larry D. Smith, Jr., through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Motion to Dismiss Case and aver as follows:

1. The Debtor(s) filed a Chapter 13 Bankruptcy Petition and Plan on or about March 31, 2020.

2. This case has not been previously converted under Section 706 or Section 112 of the Bankruptcy Code.

WHEREFORE, Debtor(s) respectfully request this Court enter an Order dismissing the above-captioned voluntary Chapter 13 bankruptcy case.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: December 1, 2023

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Larry D. Smith, Jr.<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:20-BK-01221-HWV<br><br>**Matter:** Motion to Dismiss |

### ORDER OF COURT

UPON CONSIDERATION of the Debtor(s)' Motion to Dismiss Case and it is having been determined that the case should be dismissed, IT IS ORDERED that the above-captioned case be and IS HEREBY dismissed.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Debtor 1<br>    **Debtor 1**<br>Debtor 2<br>    **Debtor 2** | **Chapter** 13<br><br>**Case No.** o:yy-BKorAP-nnnnn-XXX<br><br>**Matter:** Motion to Dismiss |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, December 1, 2023, I served a true and correct copy of the **Debtor(s)' Motion to Dismiss and proposed Order** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire