United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Larry D. Smith, Jr.  
    Debtor

Case No. 20-01221-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 04, 2023      Form ID: pdf010      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry D. Smith, Jr., 14731 Trout School Road, Felton, PA 17322-8227 |
| cr | + | First Investors Servicing Corp., c/o Morton & Craig LLC, 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 5318583 | + | Chesapeake Urology Associates, PO Box 829922, Philadelphia, PA 19182-1922 |
| 5318585 | | Fox and Fox, 700 East Main Street, Floor 2 Front, Norristown, PA 19401-4122 |
| 5318590 | | Leonardo Girio-Herrera, DO, LLC, c/o Physicians Medical Billing, 10845 Philadelphia Road, White Marsh, MD 21162-1717 |
| 5318592 | | Maryland Endoscopoy Center, PO Box 30250, Nashville, TN 37230-5250 |
| 5318593 | | MedStar Good Samaritan Physicians, PO Box 417833, Boston, MA 02241-7833 |
| 5318594 | | MedStar Medical Group, PO Box 4185967, Boston, MA 02241-8597 |
| 5318600 | | University of Maryland, Upper Chesapeake Medical Center, PO Box 418701, Boston, MA 02241-8701 |
| 5318601 | + | Upper Chesapeake Medical Services, PO Box 418094, Boston, MA 02241-8094 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5318584 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Dec 04 2023 18:45:00 | First Investors Financial Services, 380 Interstate North Parkway #300, Atlanta, GA 30339-2222 |
| 5327982 | + | Email/Text: peritus@ebn.phinsolutions.com | Dec 04 2023 18:45:00 | First Investors Servicing Corporation, c/o Peritus Portfolio Services II LLC, PO Box 141419, Irving, TX 75014-1419 |
| 5318586 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2023 18:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5318587 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 04 2023 18:45:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5318588 | ^ | MEBN | Dec 04 2023 18:41:41 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5318589 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 04 2023 18:45:00 | Lakeview Loan Servicing, LLC, 4425 Ponce DeLeon Boulevard, Mail Stopo MS 5-251, Coral Gables, FL 33146-1837 |
| 5318591 | | Email/Text: camanagement@mtb.com | Dec 04 2023 18:45:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5330316 | | Email/Text: camanagement@mtb.com | Dec 04 2023 18:45:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5318595 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 04 2023 18:45:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, PO Box 939069, San Diego, CA 92193-9069 |
| 5318596 | | Email/PDF: cbp@omf.com | Dec 04 2023 18:52:05 | OneMain Financial, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5318597 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2023 18:45:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA |

| Recip ID | | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| 5322816 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2023 18:52:06 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5318598 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2023 18:52:11 | | PRA Receivables Management, LLC, d/b/a Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541-1067 |
| 5348327 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 04 2023 18:45:00 | | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 28946, Harrisburg, PA 17128-0946 |
| 5318599 | + | Email/Text: bankruptcydepartment@tsico.com Dec 04 2023 18:45:00 | | Transworld System, Inc., PO Box 15618, Wilmington, DE 19850-5618 |
| 5318602 | | Email/Text: kcm@yatb.com Dec 04 2023 18:45:00 | | York Adams Tax Bureau, 1405 North Duke Street, PO Box 15627, York, PA 17405-0156 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | FIRST INVESTORS SERVICING CORPORATION, c/o Peritus Portfolio Services II LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5356605 | *+ | First Investors Servicing Corp, c/o Peritus Portfolio Services II LLC, PO Box 141419, Irving, TX 75014-1419 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Larry D. Smith Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor First Investors Servicing Corp. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Larry D. Smith, Jr.<br>**Debtor 1** | **Chapter** 13<br>**Case No.** 1:20-BK-01221-HWV<br>**Matter:** Motion to Dismiss |

### ORDER OF COURT

UPON CONSIDERATION of the Debtor(s)' Motion to Dismiss Case and it is having been determined that the case should be dismissed, IT IS ORDERED that the above-captioned case be and IS HEREBY dismissed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 4, 2023